IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Sharon R

Printed: 6/24/08

Case Number: 07 B 18034
Judge: Hollis, Pamela S
Filed: 10/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 12, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 236.50 |
| Trustee Fee: |  | 13.50 |
| Other Funds: |  | 0.00 |
| Totals: | 250.00 | 250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,929.00 | 236.50 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 634.66 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 650.00 | 0.00 |
| 4. | T Mobile USA | Unsecured | 524.80 | 0.00 |
| 5. | Creditors Collection Bur | Unsecured | 1,039.00 | 0.00 |
| 6. | T Mobile USA | Unsecured | 1,126.15 | 0.00 |
| 7. | Credit Union One | Unsecured | 887.35 | 0.00 |
| 8. | Diversified Collection Service | Unsecured | 166.06 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,120.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 320.01 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 420.14 | 0.00 |
| 12. | CitiMortgage Inc | Secured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Account Control Technology | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | Charles A Beck Jr | Unsecured | | No Claim Filed |
| 17. | Elementary School Dist 1519 | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 23. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | University Of Phoenix | Unsecured | | No Claim Filed |
| 25. | Sinai Medical Group | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson, Sharon R | Case Number:  07 B 18034 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  10/2/07 |

| | | | |
|---|---|---|---|
| 26. Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 9,817.17 | $ 236.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 13.50 |
| | _____ |
| | $ 13.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____